# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JOSHUA NEEL HARDIN,**

     **Plaintiff,**

**vs.**                                                    **Case No. 4:17cv334-WS/CAS**

**JOHNATHAN FANFAN, et al.,**

     **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, initiated this case on July 31, 2017, by submitting a civil rights complaint, ECF No. 1, and a motion requesting leave to proceed with in forma pauperis status, ECF No. 2.  He was recently granted leave to proceed in forma pauperis, ECF No. 8, and directed to file another amended complaint, ECF No. 9.  Plaintiff's second amended complaint has now been reviewed, ECF No. 10, along with his motion requesting that this case be transferred to the Southern District of Florida.  ECF No. 11.

Because Plaintiff's motion reveals that the events and claims at issue in this case took place at the Dade Correctional Institution, ECF No. 11,

and because that institution is within the jurisdiction of the Southern District of Florida which is where all Defendants reside, *see* ECF No. 10 at 3-4, the proper forum for this action pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 89(c) is in the United States District Court for the Southern District of Florida, Miami Division.  Plaintiff's motion should be granted and this case should be transferred without delay.

Pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), it is respectfully **RECOMMENDED** that Plaintiff's motion to transfer, ECF No. 11, be **GRANTED**, and this case be transferred to the United States District Court for the Southern District of Florida, Miami Division, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on October 30, 2017.


 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**