IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSHUA NEEL HARDIN,

    Plaintiff,

v.                                                                            4:17cv334–WS/CAS

JOHNATHAN FANFAN, et al.,

    Defendants.

_____

## ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation docketed October 30, 2017. Doc. 12. The magistrate judge recommends that the action be transferred to the Southern District of Florida. No objections to the report and recommendation have been filed.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 12) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's motion to transfer (doc. 11) is GRANTED.

3. The clerk shall TRANSFER this action to the United States District Court for the Southern District of Florida, Miami Division, for all further proceedings.

DONE AND ORDERED this <u>27th</u> day of <u>November</u>, 2017.

<u>s/ William Stafford</u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE